IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
ex rel.
PATRICK G. MCDONALD AND
STATE OF FLORIDA,
ex rel., PATRICK G. MCDONALD

        Plaintiffs,

v.

TENET HEALTHCARE CORPORATION
D/B/A DELRAY MEDICAL CENTER

        Defendant.
_____/

Civil Action No.
98-8394-CIV-UNGARO-BENAGES

**FILED UNDER SEAL**
**PURSUANT TO**
**31 U.S.C. § 3730(b)(2)**

FILED by _____ D.C.
MAR 2 2 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING TO VOLUNTARY DISMISSAL

This cause came to be heard upon this Court's Relator's Motion to Voluntary Dismiss Complaint, and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.    This Cause is hereby dismissed, but without prejudice to the United States of America to assert any rights of the United States of America.

Done and ordered in Chambers at Miami, Florida, this _22_ day of _March_, 1999.

_Ursula Ungaro-Benages_
United States District Judge

cc:    Laurie Rucoba, AUSA
        John K. Henebery, DOJ
        Kenneth J. Nolan, Esq.